AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT RECEIVED STATES MARSHAL.

for the

Northern District of Mississippi

2020 JAN 16  P  1: 02

United States of America

v.

NORTHERN DISTRICT
OF MISSISSIPPI

Case No.  4:20CR08

JIMMY DEAN HUMPHREY
*Defendant*

2042. 0116. 0390 P

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JIMMY DEAN HUMPHREY                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

FAILURE TO REGISTER AS SEX OFFENDER

Date:    01/15/2020

Deputy Clerk
*Issuing officer's signature*

City and state:        Oxford, Mississippi

David Crews, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                    _____<br>*Arresting officer's signature* |
|                    _____<br>*Printed name and title* |



FILED

JAN 1 5 2020

DAVID CROWE, CLERK
BY_____
                        Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 4:20CR08
                                                      18 U.S.C. § 2250(a)
JIMMY DEAN HUMPHREY

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From on or about May of 2019, to on or about September of 2019, in the Northern District

of Mississippi and elsewhere, JIMMY DEAN HUMPHREY, defendant, being a person required

to register under the Federal Sex Offender Registration and Notification Act, did travel in interstate

commerce, and knowingly failed to update a registration as required by the laws of the State of

Mississippi and knowingly failed to register as a sex offender as required by the laws of the State

of Louisiana; all in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

/s/ Signature Redacted
FOREPERSON

WILLIAM C. LAMAR
UNITED STATES ATTORNEY

**RECEIVED**

JAN 15 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 4:20CR
18 U.S.C. § 2250(a)

JIMMY DEAN HUMPHREY

## PENALTIES

### COUNT ONE
**18 U.S.C. § 2250(a)**

| | |
|---|---|
| Not more than 10 years imprisonment | 18 U.S.C. § 2250 |
| Not less than 5 years and up to life supervised release | 18 U.S.C. § 3583(k) |
| Not more than $250,000 fine | 18 U.S.C. § 3571(b)(3) |
| $100 special assessment | 18 U.S.C. § 3013(a)(2)(A) |

SUSAN S. BRADLEY
MS Bar # 102629; TN Bar #018557
Assistant United States Attorney
Office of the United States Attorney
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford MS 38655-3608
telephone 662/234-3351, fax 662/234-0657